MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS  67202
Telephone (316) 265-9311
Facsimile (316) 265-2955
tlmann@martinpringle.com
maspahn@martinpringle.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HENRY ORTIZ,                          )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )   Case No.
                                      )
A.C.I. MOTOR FREIGHT, INC.            )
                                      )
          Defendant.                  )
_____)

## NOTICE OF REMOVAL

**COMES NOW** the defendant, A.C.I. Motor Freight, Inc., and pursuant to 28 U.S.C. §§ 1441 and 1446, and Rule 81.1 of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, submits its Notice of Removal. In support of its Notice, Defendant alleges and states as follows:

1. On August 11, 2014, plaintiff, Henry Ortiz, filed an action in the Twenty-Ninth Judicial District, District Court, Wyandotte County, Kansas. That case is captioned *Henry Ortiz v. A.C.I. Motor Freight, Inc.*, Case No. 14-CV-000752.

2. In his Petition, Plaintiff alleges that Defendant wrongfully terminated Plaintiff's employment with Defendant in retaliation for Plaintiff making complaints regarding the safety of Defendant's vehicles and the safety of the Defendant's working environment.

3. A Summons and Petition were served upon Defendant on August 18, 2014. Copies of the process, pleadings, and orders served upon Defendant in the above-captioned state court proceedings are attached hereto as Exhibit 1, pursuant to 28 U.S.C. § 1446(a).

4. The above-referenced action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332. Plaintiff is a citizen of the state of Missouri, and the Defendant is incorporated under the laws of the state of Kansas with its principal place of business in Kansas. Also, because Plaintiff's Petition prays for damages in an amount in excess of $75,000, the amount in controversy in this case is more than $75,000, exclusive of interests and costs.

5. The action, therefore, is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b).

6. In addition, removal of this action is proper pursuant to 28 U.S.C. § 1441(c) because Plaintiff's Count I in the above-captioned action – wrongful termination in violation of U.S. public policy – arises under the laws of the United States such that this Court has original jurisdiction under 28 U.S.C. § 1331.

7. Further, pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's Count II in the above-captioned action – wrongful termination in violation of Kansas public policy – because the same facts give rise to both claims, rendering the claims so related as to form part of the same case or controversy.

8. Pursuant to Rule 81.1(b) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas, removal should be to the federal district court sitting in Kansas City, Kansas.

9.     The Notice of Removal is timely because it is filed within thirty (30) days of Defendant's receipt of the Summons and Petition, as required by Rule 81.1(a) and 28 U.S.C. § 1446(b).

10.    As provided by Rule 81.1(c) of the Rules of Practice and Procedure of the United States District Court for the District of Kansas and 28 U.S.C. § 1446(d), defendant hereby gives written notice of these proceedings to all adverse parties and the Clerk of the Court for the Twenty-Ninth Judicial District in Wyandotte County, Kansas by serving a copy of this Notice of Removal upon Plaintiff and filing a copy of this Notice of Removal with the Clerk of the Court in Wyandotte County, Kansas.

WHEREFORE, Defendant prays that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER L.L.P.
100 North Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311
tlmann@martinpringle.com
maspahn@martinpringle.com

By: s/ Terry L. Mann
    Terry L. Mann, #12840
    Matthew A. Spahn, #25932

*Attorneys for Defendant*
*A.C.I. Motor Freight, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on the 26th day of August, 2014, a true and correct copy of the above and foregoing *Notice of Removal* was filed electronically and that a copy was e-mailed to:

    Amy P. Maloney, # 20415
    Matt J. O'Laughlin, #24789
    HOLMAN SCHIAVONE, LLC
    4600 Madison, Suite 810
    Kansas City, Missouri 64112
    amaloney@hslawllc.com
    molaughlin@hslawllc.com

    *Attorneys for Plaintiff Henry Ortiz*

and was filed electronically with:

    Clerk of the District Court
    Twenty-Ninth Judicial District
    Wyandotte County Courthouse
    710 N. 7th Street, Suite 300
    Kansas City, Kansas 66101

                                        By:  s/ Terry L. Mann
                                                   Terry L. Mann